UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CAPPY JOINER and SALLY
JOINER,

      Plaintiffs,

v.                                  Case No:   2:16-cv-467-FtM-99CM

GASPARILLA ISLAND BRIDGE
AUTHORITY,

      Defendant.

## ORDER

This matter comes before the Court upon review of the Joint Motion Requesting Mandatory Mediation Be Exempt (Doc. 25) filed on November 7, 2016. On August 24, 2016, the parties filed a Case Management Report ("CMR"), which does not contain any proposed deadline for mediation. Doc. 16. The parties seek to be exempt from mediation because they argue that mediation will not lead the parties to settle but impose undue financial burden on the parties. Doc. 25 at 1.

Despite the parties' argument that mediation in this case would be meaningless, the parties are encouraged, and in fact are obliged under the federal rules and rules of this Court, to set aside any differences and engage in a good faith effort to reach a resolution of this matter. *See* Fed. R. Civ. P. 1, 16(a)(5); M.D. Fla. R. 1.01(b), 9.01(b). In fact, the parties' CMR clearly states that "the parties in every case will participate in Court-annexed mediation as detailed in Chapter Nine of the Court's Local Rules." Doc. 16 at 11.

- 2 -

ACCORDINGLY, it is hereby

**ORDERED:**

1. The Joint Motion Requesting Mandatory Mediation Be Exempt (Doc. 25) is **DENIED**.

2. The parties shall have up to and including **November 15, 2016** to file an amended CMR that includes a proposed deadline for mediation.

**DONE** and **ORDERED** in Fort Myers, Florida on this 8th day of November, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record